

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed May 13, 2013

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-10280-RLJ-13 |
| ANGELA RODRIQUEZ DOTSON | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

ORDER ON MOTION TO ALLOW DEBTOR TO TRADE THE CURRENT VEHICLE
AND INCUR DEBT FOR A MOTOR VEHICLE AND APPLICATION FOR ATTORNEY FEES

CAME ON for consideration, the *Motion to Allow Debtor to Trade The Current Vehicle and Incur Debt for a Motor Vehicle and Application For Attorney Fees.*

Although notice was properly given on all interested parties, no response or objection has been received or voiced, and therefore, Debtor is entitled to the relief requested.

IT IS THEREFORE ORDERED, Debtor's Motion to Allow Debtor to Trade the Current Vehcile and Incur Debt for a Motor Vehicle and Application for Attorney Fees be and the same hereby is granted and Debtors may incur debt for a motor vehicle for approximately $23,600.00.

IT IS FURTHER ORDERED, Debtors' attorney is awarded additional attorney fees in the amount of $400.00 to be paid direct by Debtor.

# # # END OF ORDER # # #

Order Prepared by:

Pamela J. Chaney
State Bar No. 24006983
Monte J. White & Associates

402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax